IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01366-PSF-PAC

KEVIN DONALD,

    Plaintiff,

v.

JOHN SNOW, IMF Agent,

    Defendant.

## ORDER ON RESPONSE TO DISMISSAL

The Court has reviewed "Plaintiff response to dismissal of civil case 04-cv-01366-PSF-PAC" (Dkt. # 22), filed June 24, 2005.  The Court will consider that filing to be a motion to alter or amend judgment under Federal Rule of Civil Procedure 59(a) or a motion for relief from judgment or order under Federal Rule of Civil Procedure 60(b).  Plaintiff's motion is DENIED.

    DATED:  June 28, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge